No. 95–39.  JEKOT *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–56.  FORT WAYNE NATIONAL CORP. *v.* INDIANA DEPARTMENT OF STATE REVENUE ET AL.  Sup. Ct. Ind.  Certiorari denied.

No. 95–63.  LTV STEEL CO., INC., ET AL. *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 95–75.  ROBERTSON-AIKMAN *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 5th Cir.  Certiorari denied.

No. 95–82.  SPRECHER *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 95–84.  CUBAN AMERICAN BAR ASSN., INC., ET AL. *v.* CHRISTOPHER, SECRETARY OF STATE, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 95–95.  UNISYS CORP., DBA REMINGTON RAND UNIVAC ET AL. *v.* ANDERSON ET AL.; and
No. 95–281.  ANDERSON ET AL. *v.* UNISYS CORP., DBA REMINGTON RAND UNIVAC ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 95–108.  LINDEMAN *v.* CITY OF MIAMI.  C. A. 11th Cir.  Certiorari denied.

No. 95–110.  RYE PSYCHIATRIC HOSPITAL CENTER, INC. *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 2d Cir.  Certiorari denied.

No. 95–114.  STUBBLEFIELD CONSTRUCTION CO. ET AL. *v.* CITY OF SAN BERNARDINO.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 95–139.  COOPER TIRE & RUBBER CO. *v.* ST. PAUL FIRE & MARINE INSURANCE CO. ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 95–192.  BLACKSTON *v.* HEFFLER ET AL.  C. A. 11th Cir.  Certiorari denied.